UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:10-CR-00104 JD |
| ) | |
| CORDERO L. MAINER ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 29, 2010 [DE 22]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Cordero L. Mainer's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(3) & 924(a)(2).

SO ORDERED.

ENTERED:   February 14, 2011

　　　　　　　　　　　　　　　　　　　　/s/ JON E. DEGUILIO
　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　United States District Court